18RA, CLOSED

# U.S. District Court
# North Carolina Middle District (Durham)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00170-TDS-WWD

BILLINGS v. DAVOL INC.
Assigned to: JUDGE THOMAS D. SCHROEDER
Referred to: MAG/JUDGE WALLACE W. DIXON
Demand: $750,000
Case in other court: MDL 1842
Cause: Diversity

Date Filed: 03/13/2008
Date Terminated: 04/29/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**WILLIAM BILLINGS**

represented by **MARSHALL HURLEY**
MARSHALL HURLEY, PLLC
2400 FREEMAN MILL RD.
Suite 300, GATEWAY BUSINESS CTR.
GREENSBORO, NC 27406
336-378-1870
Fax: 336-379-7150
Email: mrhurley@triad.rr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 0418000000000429519.), filed by WILLIAM BILLINGS.(HURLEY, MARSHALL) (McClain, Abby). Modified on 3/13/2008 to replace signature page (McClain, Abby). (Entered: 03/13/2008) |
| 03/13/2008 | 2 | CIVIL COVER SHEET, filed by WILLIAM BILLINGS.(HURLEY, MARSHALL) (Entered: 03/13/2008) |
| 03/13/2008 | 3 | Summons Issued as to DAVOL INC., C.R. BARD, INC. (Attachments: # 1 Additional summons)(McClain, Abby) (Entered: 03/13/2008) |

| | | |
|---|---|---|
| 03/13/2008 | 4 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (McClain, Abby) (Entered: 03/13/2008) |
| 04/29/2008 | 6 | CONDITIONAL TRANSFER ORDER (CTO-18) Re: MDL 875 transferring this action to the District of Rhode Island for the reasons stated in the order of July 29, 1991. Received and filed on 4/29/2008. (Lee, Lisa) (Entered: 04/29/2008) |
| 04/29/2008 | 7 | MDL TRANSFER LETTER to individual courts and counsel of record re: Conditional Transfer Order transferring this action to District of Rhode Island. (Lee, Lisa) (Entered: 04/29/2008) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/09/2008 09:58:00 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00170-TDS-WWD |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |